1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13 | KEVIN RYAN,

14 |          Plaintiff,

Case No.  4:20-cv-07610-JSW

15 | v.

16

17 | ANTHEM INSURANCE
   | COMPANIES, INC.,

18

19 |          Defendant.

~~(PROPOSED)~~ **ORDER TO DISMISS
ACTION WITH PREJUDICE**

20
21

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this

22 entire matter shall be dismissed with prejudice. Each party is to bear their own

23 attorneys' fees and costs.

24          IT IS SO ORDERED.

25

26 DATE: December 16, 2021

27 The Honorable Jeffrey S. White

28

1
~~(PROPOSED)~~ ORDER TO DISMISS ACTION WITH PREJUDICE

122054602